UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PITCHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CVS PHARMACY, INC., and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 2:25−cv−07900−AB (MAAx)<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO REMAND CASE** |

　　Having reviewed and considered the parties' Joint Stipulation to Remand ("Stipulation"), and good cause appearing therefor, the Court **GRANTS** the Stipulation.

　　IT IS HEREBY ORDERED that this action is remanded to the Superior Court of the State of California for the County of Los Angeles, from which it was removed. The amount-in-controversy in this action, inclusive of all damages does not exceed Seventy-Five Thousand Dollars ($75,000.00.)

　　Further, Plaintiff will not amend the Complaint to add or name the pharmacist involved in the underlying facts of this case as an individual defendant. Moreover, Plaintiff agrees to withdraw and waive any request for attorney's fees and costs related to the removal and remand of this action, including any such request made in Plaintiff's Motion to Remand. Additionally, this Stipulation may be submitted in the

United States District Court for the Central District of California, Western Division for approval, and upon approval, the Clerk of the Court shall promptly remand the case to the Superior Court of State of California, County of Los Angeles.

In light of this Stipulation, Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. No. 8) is hereby **VACATED.**

**IT IS SO ORDERED.**

Dated: October 7, 2025

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE